# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OFRHODE ISLAND

| | |
|---|---|
| WILLIAM FREEMAN,<br><br>          Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, et al<br><br>          Defendants. | CASE NO. 1:18-bk-11609 and related cases<br><br><br><br>COMPLAINT FOR DECLARATORY RELIEF & INJUNCTION |

COMES NOW Plaintiff, William Freeman, Pro Se complains and alleges:

.

## I.      COMPLAINT

1)   The Plaintiff, William Freeman, brings this lawsuit for declaratory relief and

injunction against Defendant.

## II.      JURISDICTION

2)   Plaintiff, William Freeman, is a resident of Newport County, Rhode Island and otherwise

*sui juris.*

3)   Defendant JPMorgan Chase (hereafter "CHASE") is a corporation organized and existing

under the laws of the United States of America, has its principal executive offices at 100 North Tryon Street,

Charlotte, North Carolina.

4)   The amount in controversy without interest and costs, exceeds the sum or volume specified

by 28 U.S.C. § 1332.

5)   This action involves the federal question in the application of rescission procedures as

specified in the Federal Truth in Lending Act, 15 U.S.C. § 1635, et seq. (hereinafter referred to as TILA.)

**COMPLAINT 1**

6)  Plaintiff purchased the property at 39 Side Road, Little Compton, RI 02837 for

$525,000 in, 2002. A Warranty Deed was issued to Plaintiff and recorded in Newport County as a Sale

Document

7)  Plaintiff thought he refinanced the subject property with Washington Mutual Bank, F.A.

("WMBFA") on March 11, 2005. Washington Mutual Bank, Fa, was not the creditor as described in the

Promissory Note and Deed. Mr. Freeman did not sign all documents at the closing

8)  Plaintiff was offered an "Option Arm" adjustable rate loan and mortgage by WMBFA in

the amount of $595,000.00 .Mr Freeman never received a right to recission document and other documents

as per TILA and RESPA requirements

9)  Plaintiff's Deed of Trust dated March 11, 2005 was recorded in Book No. 158 at Page 249

of the records of land evidence in the town of Little Compton, Rhode Island.

10) The named "lender" on Plaintiff's Deed of Trust and Note, "Washington Mutual Bank,

F.A.," was a fictitious trade name used to conceal the identity of the actual "creditor" / lender.

11) WMBFA was not a "federal savings bank" on March 11, 2005 as represented on the

Plaintiff's loan contracts, but rather a "broker" disguised as the actual "creditor" / lender.

12) On, or shortly after March 11, 2005, WMBFA sold the subject Deed of Trust and

Note to a private investor for purposes of securitization.

13)  On March 4, 2012, and again on February 18, 2015, Plaintiff exercised his conditional right to rescind

the loan, called a modification, but was not a modification. Recission was achieved by sending a formal

"Notice of Intent to Rescind" the transaction under TILA 15 U.S.C. § 1635(a) to the alleged servicer of the

loan – JP Morgan Chase Home Finance and JP Morgan Chase Bank, Na.

14)  Chase did not challenge the "Notice" of rescission in court on behalf of the investor(s),   nor did

Chase take steps to properly rescind the transaction as was required under 15 U.S.C.      § 1635(b).

15) As set forth in TILA, and the applicable extension as provided in Regulation Z, the loan

contract was cancelled upon mailing of the Notice of Rescission, and as such, the Note was rendered "void" and the security instrument extinguished by operation of law.

16)    Under TILA, Defendant, if it is a creditor as defined under § 1602(g), is required to comply with the rescission within twenty days by performing three acts:

  i)   Return of the cancelled note,

  ii)  Filing in the county records such instrument that would release any encumbrance or lien arising out of the cancelled loan contract, and

  iii) Payment of all money received from the Plaintiff, on or behalf of the Plaintiff, and all money paid for fees, commissions or other compensation in connection with the alleged origination of the loan contract.

17) The Defendant has failed and/or refused to perform its duties under TILA.

18) By operation of law, the rescission is effective as of the date and time of mailing, and no lawsuit is required by Plaintiff nor is tender of any payment required by Plaintiff; the rescission is complete (Scalia 2015)

## COUNT 1I – TEMPORARY INJUNCTION

19) Plaintiff re-alleges and re-avers the foregoing paragraphs as is specifically set forth herein.

20) This is a cause of action which seeks injunctive relief for preventing the Defendant from collecting, enforcing, reporting, or taking any affirmative action or seeking any relief with respect to the loan contract that is referenced in the subject Notice of Rescission (**Exhibit C.**)

21) Plaintiff's property is unique in that it is a residential home that is owned by the Plaintiff and who has made a substantial investment in the property?

22) Plaintiff will be irreparably damaged by the Defendant in its continued pursuit of a wrongful foreclosure and by its direct violations under TILA, and by alterations of documents and fraudulent accounting.

23)    Defendant is proceeding with an illegal non-judicial foreclosure sale of the property despite the prohibition imposed by TILA, as recently ruled upon by the United States Supreme Court and under the

Federal Reserve Regulation Z. The defendant, Orlans PC, has mislead the Court with False Documents, while being restricted by Orlans from signing documents. These include claims that proper notice was provided to Freeman of the "pre-foreclosure auction, dollar amounts for redemption are invalid, the auction was not a public auction held on the property as advertised, Orlans,PC, the auctioneer, are not registered to do business in Rhode Island and hold no license to conduct such business, Orlans intentionally trespassed on Freeman property and were removed from the property, Orlans or JP Morgan Chase Bank, Na were not in possession of the note at the time of the auction

24)    Defendant Chase/Orlans/ Harmon, FDIC, and Fidelity National Title have  made it clear that it intends to ignore federal laws and will attempt to unlawfully take this property from the Plaintiff if not stopped, despite the Lis Pendens filed by Freeman on April 26, 2018, the beginning of an ongoing judicial process..

25) These unlawful acts by Defendant will only serve to cast doubt on the title that will only add to and create complexities in the title that were directly caused by the Defendant.

26) In order to seek legal redress, Plaintiff has been obligated to seek the services of legal counsel and he has been obligated to pay reasonable attorney's fees, expenses, and costs for which Defendant should be responsible.

27)    The recission was brought before the RI Superior Court, who has no jurisdiction on Federal Law, Mr. Freeman was timely in his filing. Additionally, Mr. Freeman requested Joe Hook, Esq, submit the recission to the Honorable Bankruptcy Court in January 2019

## III.    RELIEF REQUESTED

WHEREFORE, Plaintiff prays this Honorable Court will enter an Order stopping Defendant from any use of any document, claim or instrument referenced as rescinded or cancelled in the subject Notice of Rescission. Plaintiff hereby requests Declaratory Relief per the February 18, 2015 rescission as follows:

a.  That the security interest in Plaintiff's property was void as of February 18, 2015 per 15 U.S.C. §
    1635(b).

b.  That Plaintiff is not liable for any finance or interest charges on the debt, as the debt became
void as of February 18, 2015, or sooner, per 15 U.S.C. § 1635(b).

William.f                              reeman3@outlook.com

<u>VIA US MAIL</u>

Tatyana P. Tabachnik, Esq. 8911 Orlans PC
Alleged Attorneys for JPMorgan Chase Bank, National Association
PO Box 540540
Waltham, MA 02454
(781) 790-7800

Email: bankruptcyNE@orlans.com

The Federal Deposit Insurance Corporation
c/o CT Corporation System
450 Veterans Memorial Parkway, Suite 7A
East Providence, RI 02914

Robert E. Feldman
Executive Secretary
Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429

Fidelity National
Financial , Fidelity
National Title,
Fidelity National
Systems, Lender
Processing Services,
601 Riverside venue,
Jacksonville, FL
32204

Fidelity National
Financial and Title
c/o CT Corporation
System
450 Veterans Memorial Parkway,
Suite 7A East Providence, RI 02914

Washington Mutual
Bank c/o FDIC as
Receiver
1601 Bryan Street
Dallas, TX 75201
Attention, Pat Deaton

MERS
Mers Corp
Holdings Inc. 1818
Library Street

Reston, VA 20190-6280

Please send via VIA ECF
Gary L. Donahue Esq., Assistant U.S.
Trustee John Boyajian Esq., Chapter 13
Trustee
Keith Joseph McCarthy, on behalf of JPMorgan Chase Bank, N.A.
Bernard J. Lemos, on behalf of RI Division of Taxation
Mary Rogers, on behalf of United States of America
Jeffrey J. Hardiman, on behalf of Wilmington Savings Fund Society
FSB Shanna Marie Boughton on behalf of Fidelity National
Financial

c.   That Plaintiff be granted his attorney's fees and costs. And,

d.   such further relief as this Court may deem just and proper.

DATED this 6 day of, august, 2019.

Respectfully Submitted
By: William Freeman, Pro Se

_____

Certificate of Service enclosed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

William Raymond Freeman                Chapter 13
                                       Case Number 18-11609
                                       Honorable Diane Finkle

Debtor  _____ 8/7/15 _____

## CERTIFICATE OF SERVICE

I, William Freeman, Pro Se, do hereby certify that on August 6, 2019, I caused to be
served a copy of ~~Omnibus Objection to Claims~~ on the service list below by first class mail,
postage prepaid or other method specified on the list.

Date: August 6, 2019

Respectfully Submitted,

/s/ William Freeman. Pro Se
39 Side road
Little Compton, RI, 02837
1-401-239-7760

Doc No: 00131754
Book11267, Page: 61

### ORLANS MORAN PLLC
November 12, 2015
Delegation of Authority and Appointment and Revocation of Authority

Orlans Moran, PLLC, a Michigan professional limited liability company duly authorized to do business in the Commonwealth of Massachusetts and States of Rhode Island and New Hampshire and having a business address at 465 Waverley Oaks Road, Suite 401, Waltham, MA 02452 ("Law Firm"), and the undersigned, Julie Taylor Moran, being a member of Orlans Moran PLLC and being the person authorized by the articles of organization to execute, acknowledge, deliver and record any recordable documents purporting to affect an interest in real property and otherwise identified as the Authorized Signatory - Real Property for Orlans Moran PLLC, in such capacity hereby delegates authority to and appoints the attorneys who are listed on the attached Exhibit A, (individually a "Delegatee" and collectively "Delegatees" Each being an employee of Orlans Moran PLLC, individually, for and on behalf of Law Firm to make, execute any and all documents which are customary and reasonably necessary to the commencement, processing and completion of judicial and nonjudicial mortgage foreclosure proceedings, evictions, bankruptcy or other legal proceedings and conveyances of real estate in the Commonwealth of Massachusetts, States of Rhode Island and New Hampshire including without limitation execution, acknowledgement and delivery of any and all documents including without limitation pleadings, petitions, powers of attorney, consents, assignments of bid, assignments and discharges of mortgage, certificates of appointment, affidavits, contracts, orders, certificates, deeds including foreclosure deeds, proofs of claim as well as confirmatory documents relative thereto and any other instrument or document customary and reasonably necessary to accomplish any of the foregoing. Delegatees may not further delegate the authority granted hereunder. As of the date of execution of this Delegation, the undersigned, hereby revokes and terminates the delegation of authority and appointment previously provided to any person not specifically named on the Exhibit A attached herein.

The rights, powers and authority herein granted shall commence and be in full force and effect as the date hereof until the filing, at the Registry District of the Land Court or the recording with the Registry of Deeds in which the Delegation of Authority and Appointment ("Delegation") is filed or recorded as applicable, of a revocation of Delegation in whole or in part, under this Delegation relative to the Delegatees appointed herein, while hereby ratifying and confirming any and all of the enumerated actions herein, taken by the Law Firm or a Delegatee prior to the date hereof. Any party dealing in good faith with the Law Firm or a Delegatee shall be entitled to rely upon a photo static copy of this Delegation and upon the statement or certificate of the respective Delegatee that this Delegation is still in force and effect, has not been revoked and that the Delegatee acting hereunder has been duly authorized by the undersigned. No party dealing with the Law Firm or Delegatee shall be required to look to the application of anything paid or transferred to it nor shall any person dealing with the Law Firm or

**Police report    Submitted by: 7/11/18**

William Freeman
39 Side Road
Little Compton, RI 02837
1-774-301-1301
William.freeman3@outlook.com

**Reason:** Trespass, Identity Theft, Violation of Privacy, Submitting False Documents regarding an alleged mortgage, plus other violations of RI Law, including forgery, fraud, misrepresentation, breach of contract, Deceptive Practices, Accounting Fraud, Unjust enrichment, libel and slander (not inclusive list ).

Background:

- I have lived at 39 Side road for 16 years.

- Over the last several years, I have discovered that the mortgages from 2005, Washington Mutual Bank, are fraudulent.

- Forged documents and fraudulent accounting have been investigated for over 5 years (see enclosed reports, with expert witness testimony and many exhibits)

- I have spent many years on Wall Street working collectively with senior executives, providing software solutions to catch fraud, like anti-money laundering and internal violations pf Dodd-Frank.

-  I have filed complaints against the many in the' food chain of fraud 'that enabled the fraud upon me.

In reaction to my complaints, Orlans Plc and off-shore entities, Morgan Lewis Bockius and other Chase bank 'alleged' attorneys, and even others  have who have no standing , Power of Attorney and are ignoring the Lis Pendum filed[1]:

1) aggressively attacked my privacy,

2) **Intentionally** accessed (without authorization) my personal information and business records. from a variety of electronic sources

---

[1] **Lis Pendens:** Also known as notice of pendency, lis pendens refers to an action affecting title to real property. The most common actions leading to a filing of a lis pendens notice include foreclosure or actions for recovery of possession of property, but a filing of a lis pendens could also indicate an action that has nothing to do with foreclosure. Anyone interested in property with a lis pendens indication should undertake additional research to determine the basis for the filing.

Trespassers car who took auction photos that are all over the web (still!)

In addition to the above violations, Orlans Plc, the owner of the alleged auctioneer, provided false documents to the Little Compton Police. They (the auctioneer) provided one unsigned document regarding the auction. This was a false, non- notarized, non -signed, one typewritten paragraph.

I protested heavily to the officers presents that these documents were illegal.

In the end, there was No notice of my requests for:

1. Power of Attorney by the auctioneer
2. names and addresses of all participants,
3. A statement be taken from the participants and the auctioneer be taken, despite my request to the officers, to do so, given the illegality of their actions.
4. No previous notice was presented to the Little Compton Police

I had insisted that the people be ordered off Chace Point. The officers did not oblige

- The officers did say, however', **"They (the auctioneer) are '"only doing their job "**

This judgement and conclusion by the officer, without calling my lawyer, the courts, or verifying any claims made by the intruders), allowed for a "fake "auction sale of MY HOUSE, to take place, as the bidders went down the street and had the 'pre-foreclosure "auction, apparently.

The officers apparently were told by the auctioneer, that I should not be concerned, it was a **"pre-foreclosure "auction.**

- I have checked Black's Law and can find no such term.

I have received no paperwork from the auction house, the Law firm that ordered it (Orlans) and believe that several crimes took place on that day, and criminal activity continues. RI GL violations are represented in this document, which may be incomplete.

3) Trespassed on my property and the property of the Chace Point Association.

4) Started the barrage of 50 robocalls per day

5) Offered no affirmations requested by Mr. Freeman, showing who, if anyone, they worked for, who paid for the auction, who ordered the auction, who ordered the auction be broadcast nationally, and have not answered many other obvious questions.

**Trespass _ As they were aware upon entering Chace Point, it states clearly that it is Private Property and no Entry is allowed. Since they (Orlans PLC,) have come back several times, clearly, you had been warned.**

**§ 11-44-26 Willful trespass – Remaining on land after warning – Exemption for tenants holding over.**

**§ 11-18-34 ( see attachments and copy of the law contained at the end of this document)**

**§ 11-44-26 Willful trespass – Remaining on land after warning – Exemption for tenants holding over.** – (a) Every person who willfully trespasses or, having no legitimate purpose for his or her presence, remains upon the land of another or upon the premises or curtilage of the domicile of any person legally entitled to the possession of that domicile, after having been forbidden to do so by the owner of the land or the owner's duly authorized agent or a person legally entitled to the possession of the premises, shall be punished by a fine not exceeding one thousand dollars ($1,000), or imprisonment for a term not exceeding one year, or both.

**Rhode Island General Laws Title 9. Courts and Civil Procedure--Procedure Generally § 9-1-28.1. Right to privacy--Action for deprivation of right**

(a) Right to privacy created.   It is the policy of this state that every person in this state shall have a right to privacy which shall be defined to include any of the following rights individually:

(1) The right to be secure from unreasonable intrusion upon one's physical solitude or seclusion;

(I) In order to recover for violation of this right, it must be established that:

(A) It was an invasion of something that is entitled to be private or would be expected to be private;

(B) The invasion was or is offensive or objectionable to a reasonable man; although,

(ii) The person who discloses the information need not benefit from the disclosure.

(2) The right to be secure from an appropriation of one's name or likeness;

(I) In order to recover for violation of this right, it must be established that:

(A) The act was done without permission of the claimant;

(B) The act is of a benefit to someone other than the claimant;

(ii) It need not be established that there was any publication.

(3) The right to be secure from unreasonable publicity given to one's private life;

(I) In order to recover for violation of this right, it must be established that:

(A) There has been some publication of a private fact;

(B) The fact which has been made public must be one which would be offensive or objectionable to a reasonable man of ordinary sensibilities;

(ii) The fact which has been disclosed need not be of any benefit to the discloser of the fact.

(4) The right to be secure from publicity that reasonably places another in a false light before the public;

(I) In order to recover for violation of this right, it must be established that:

(A) There has been some publication of a false or fictitious fact which implies an association which does not exist;

(B) The association which has been published or implied would be objectionable to the ordinary reasonable man under the circumstances;

(ii) The fact which was disclosed need not be of any benefit to the discloser.

(b) Right of action.   Every person who subjects or causes to be subjected any citizen of this state or other person within the jurisdiction thereof to a deprivation and/or violation of his or her right to privacy shall be liable to the party injured in an action at law, suit in equity, or any other appropriate proceedings for redress in either the superior court or district court of this state.   The court having jurisdiction of an action brought pursuant to this section may award reasonable attorneys' fees and court costs to the prevailing party.

(c) Right of access.   Nothing in this section shall be construed to limit or abridge any existing right of access at law or in equity of any party to the records kept by any agency of state or municipal government.

**18 U.S. Code § 2701 - Unlawful access to stored communications**

**(a) Offense.** —Except as provided in subsection (c) of this section whoever—

**(1)** intentionally accesses without authorization a facility through which an <u>electronic communication service</u> is provided; or

**(2)** intentionally exceeds an authorization to access that facility;

and thereby obtains, alters, or prevents authorized access to a wire or electronic communication while it is in electronic storage in such system shall be punished as provided in subsection (b) of this section.

**(b)Punishment.**—The punishment for an <u>offense</u> under subsection (a) of this section is—

**(1)**if the <u>offense</u> is committed for purposes of commercial advantage, malicious destruction or damage, or private commercial gain, or in furtherance of any criminal or tortious act in violation of the Constitution or laws of the <u>United States</u> or any State—

**(A)** a fine under this title or imprisonment for not more than 5 years, or both, in the case of a first <u>offense</u> under this subparagraph; and

**(B)** a fine under this title or imprisonment for not more than 10 years, or both, for any subsequent <u>offense</u> under this subparagraph; and

**(2)** in any other case:

**(A)** a fine under this title or imprisonment for not more than 1 year or both, in the case of a first <u>offense</u> under this paragraph; and

**(B)** a fine under this title or imprisonment for not more than 5 years, or both, in the case of an <u>offense</u> under this subparagraph that occurs after a conviction of another <u>offense</u> under this section.

**(c) Exceptions.** —Subsection (a) of this section does not apply with respect to conduct authorized—

**(1)** by the <u>person</u> or entity providing a wire or electronic communications service;

**(2)** by a user of that service with respect to a communication of or intended for that user; or

**(3)** in section <u>2703</u>, <u>2704</u> or <u>2518</u> of this title.

**§ 11-52-7. Use of false information.**

Whoever intentionally or knowingly makes a transmission of false data for submitting a claim for

payment, or makes, presents, or uses or causes to be made, presented, or used any data for submitting a claim for payment with knowledge of its falsity and with knowledge that it will be used for any claim for payment, shall be guilty of a felony and shall be subject to the penalties set forth in § 11-52-5.

**CHAPTER 11-64**
**Electronic Imaging Devices**

**SECTION 11-64-1**

**§ 11-64-1. Definitions.**

(1) For the purposes of this section the following definitions apply:

(a) "Disseminate" means to make available by any means to any person.

(b) "Imaging device" means any electronic instrument capable of capturing, recording, storing or transmitting visual images.

(c) "Intimate areas" means the naked or undergarment clad genitals, pubic area, buttocks, or any portion of the female breast below the top of the areola of a person which the person intended to be protected from public view.

(d) "Legal entity" means any partnership, firm, association, corporation or any agent or servant thereof.

(e) "Publish" means to:

(I) Disseminate with the intent that such image or images be made available by any means to any person or other legal entity;

(ii) Disseminate with the intent such images be sold by another person or legal entity;

(iii) Post, present, display, exhibit, circulate, advertise or allow access by any means, to make an image or images available to the public; or

(iv) Disseminate with the intent that an image or images be posted, presented, displayed, exhibited, circulated, advertised or made accessible by any means, and to make such images available to the public.

(f) "Sell" means to disseminate to another person, or to publish, in exchange for something of value.

History of Section.
(P.L. 2004, Ch. 202, § 2; P.L. 2004, Ch. 206, § 2.)

Little Compton, RI
11/24/17

Re: alleged loan 1022757924
1. Request for Information
2. Qualified Written Request
3. Notice of Error
4. Notice of Dispute of Debt

Request:

1. I need to know who is the actual current creditor
2. Please tell me who the original creditor was
3. I am requesting the transfer slips from the FDIC to JPMorgan Chase
4. I am requesting to see the indorsement from the FDIC to JPMChase
5. I am requesting the release of lien from Impac Mortgage to Hassan Zazza, prior to 2005
6. I am demanding a signed, sworn response to the requests, by a Chase executive or sr. manager, as per the National Attorney's General Agreement signed by the RI AG's office and JPMChase (2012)
7. I am demanding a debt validation, per UCC Laws, not a debt verification. I dispute this debt and claim Chase owes me over $770,00 in disgorgement, interest and for payments I made to Chase under fraudulent claims of ownership by Chase.
8. The errors on the current statement include showing a payment made by me, when no such payment was made. Please provide all records that verify Chase received payment from me, and when.
9. The agreement Chase claims is in place, calls for negative amortization.
10. Please provide a schedule of negative amortization from 2005, to today's date
11. Please provide copies of statements from 2010 until 2013. They were never sent to me.
12. Please provide an updated version of the Default Document and Exception Report and the bailee letter that Chase signed to receive the documents.
13. I am requesting an Attorney Affidavit, for all attorneys working for Chase in the Freeman matter.

Please have the hiring executive from Chase and all attorneys complete the recommended format below.

Regards,
William R. Freeman
s/s William Freeman
Sworn to on this day this letter has been sent by certified mail to JPMC at the above address

Cc Wayne George, Morgan Lewis, Boston, ma

**Affirmation Affidavit by JP Morgan Chase Bank, attorneys**

-

To: RI Superior Court   11/24/17

Under the pains and penalties of perjury, that counsel for JP Morgan Chase Bank, has
"based upon my communications with Peter Katsikos and Michael McCormick, (expert witnesses),

as well as upon my own inspection and reasonable inquiry under the circumstances,
that to the best of my knowledge, information and belief, the responses to Mr. Freeman's
 QWR and all other evidence, any papers filed or submitted to the Court in this matter, contain no
false statements of fact or law.

_____

Signed by, JP Morgan Chase, alleged assignor of Power of Attorney to Orlans,PLC

*DEBT VALIDATION and DEMAND LETTER –*

William Freeman
39 Side Road
Little Compton, RI, 02837
March 31, 2019

VIA CERTIFIED MAIL, REGULAR MAIL
Carrington Mortgage Servicing LLC
PO Box 3489, Anaheim, Ca, 92803

Re: DEMAND TO VALIDATE DEBT AND PERFECTED TITLE UNDER FEDERAL
& RI STATE LAW
Qualified Written Request as per Dodd-Frank, Graham, Leech, Bliley, FIREARA, and RI
state Laws regarding Mortgage Fraud, including the violations committed by the eclectic,
extended group of thieves, that has attempted to cloud my title.

.These documents, inclusive of all documents sent or records of any communication with
William Freeman, must be retracted and destroyed immediately. Certified copies, by an
agreed upon independent, Certified Public Accountant, and a member of the Board of
Directors on the false companies you present as legitimate.

The retraction is necessary given the significant accounting fraud, defective documents,
false documents, and knowing that this group is known as predatory, and is intent to strip
Mr Freeman's equity, without any authority, accurate records, valid assignment, lack of
Power of Attorney, plus no agency, given your consortium did not lend me any money
whatsoever.

Acct #– I do not believe Carrington's alleged loan number is valid, true or honest. I do not
recognize Carrington Mortgage Servicing LLC, Wilmington Savings Fund Society, FSB,
claimed to be Trustee of Upland Mortgage Loan Trust A, or MERS as having any
standing, claims or right to William Freeman properties.

I am sending this letter in response to a written notice dated March 5, 2019. The notice
sent by your offices claimed that I owe a certain debt to you or to a company you are
affiliated with.

- Please be advised that this is a debt validation letter per UCC 3, and 9, plus RI GL
6. I am disputing the validity of the debt under the Fair Debt Collection Practices
Act and the Fair Debt reporting act and demand a complete return of all monies I
have ever paid, and a certified clear and clean title declaration in Mr. Freeman's
favor.

- Cease and desist all correspondence, contact, and communications with any legal entity, government or quasi government agency.

- I accuse you of identity theft, violation of US Bankruptcy Laws, cyber-crime, and Deceptive Practices, given the UNCLEAN HANDS you embarrass yourselves with, not to mention the potential for criminal charges and damages to be paid to William Freeman for irreparable financial harms, tortious interference, accounting fraud, and violation of RICO statutes

- I am requesting proof of the debt. However, I reserve the right to sue any and all members of this expanded illegal consortium or nominees or whatever you may call yourselves. You have no standing, proof of perfected title, and the many defects in the documents sent to me without my permission, voids the letters in their entirety. dispute the debt after I receive a full and complete written response to this request to validate the debt.

You are aware of the Fair Debt Collection Practices Act, in addition to my home state laws regarding debt collection practices. Under such laws, **I am asserting my right to receive the following information to my requests.** Be advised that when I refer to "your company", I am referring to the companies referred to in sent notices claiming I owe a debt.

1. Who or what is the current legal owner of the debt? If your company is the owner, then provide proof of the proper transfer of the debt to your company.
2. Provide wires, checks, ledgers debits and credits that would prove consideration paid, and to whom.
3. Does your company have the original paperwork that established and created the debt obligation? Please provide as required per the Rules of Federal Evidence, meaning I want to examine the originals, wet ink signature documents with the help of forensic experts
4. Who or what is the name and address of the original lender of the debt? What is the date of the origination of the debt?
5. Provide a copy of all written agreements that establish the debt. Provide a copy of all written agreements allegedly signed by me as it relates to the debt.
6. Provide a complete list of all owners of the debt, including the date of transfers or assignments of the debt.
7. Provide Loan transfer histories, bailment letters, and a complete history of all document custodians
8. . Provide a written statement in which you declare that the applicable statute of limitations has not run on this debt thereby establishing you are legally entitled to collect the debt.
9. Provide an accounting of all payments made against the debt and an accounting of all fees, charges, costs, legal fees, penalties, and interest charged because of the debt.

10. Provide a validation of all legal papers filed against me in an effort to collect the debt, including any judgment that has been obtained against me as it relates to the debt.
11. Provide associated liens recorded regarding adherence to UCC 9 as the person entitled to enforce, and the 'HOLDER in DUE COURSE ".
12. Provide proof that you have filed all necessary paperwork with the appropriate agencies that allow you to collect debt from me in my home state or my home city. Include your registration and/or license numbers.
13. Provide each time your company has filed a report with any of the credit bureau as it relates to my credit report. Provide the exact content of each report filed with any of the credit bureaus as it relates to my credit report.
14. Provide all documents from and valid creditor or investor that you may have interpreted as permission, by any legal entity (including Legal Entity Identifier number) an executive contact, including email address and phone number

All collection activity must cease and desist until you have provided me with all the requested information contained in this letter and until I have had 60 days to review the requested information. Furthermore, you shall cease and desist making any contact by telephone, email, text, facsimile, or internet phone to my home, to my place of employment, to any of my relatives, to any of my friends, and to any of my co-workers. In fact, you must cease and desist making any and all above mentioned contact to any person or entity or Court. You may only contact me, in writing, by certified mail, return receipt mail to the address on this letter.
Please be advised the alleged loan was rescinded as per statutory operation of Law when I, William Freeman discovered the on-going fraud, something I could not have known about until the confessions of JP Morgan Chase Bank employees, and thru extreme investigations providing probative evidence of Fraud.

Sincerely,

William Freeman
Owner, 135 Randolph Avenue, Tiverton, RI
39 Side road, Little Compton, RI,02837

I hereby swear and affirm That I, William Freeman, did send this letter to the above-mentioned parties and copied and sent this letter USPS first class mail to the RI Attorney General, The FDIC, The OCC, the FTC, HUD, and the Office of the Inspector General.

*Signed 3,31, 19* _____



Rhode Island Department of State
**Nellie M. Gorbea**
Secretary of State

HOME     BUSINESS PORTAL     ELECTIONS     CIVICS AND EDUCATION

## Entity results

**Number of records: 3**

[Print results]

| | | | | |
|---|---|---|---|---|
| Orlans Moran PLLC | 000505726 | 541110 | Revoked Entity | 1650 W. BIG BEAVER TROY, MI 48084 USA |
| Orlans Moran LLC | 000505726 | 541110 | Revoked Entity | 1650 W. BIG BEAVER TROY, MI 48084 USA |
| Orlans PC | 001671855 | | Revoked Entity | 1650 WEST BIG BEAVER ROAD TROY, MI 48084 USA |

New Search

Business Services Division |     Rhode Island Department of State

Case 1:19-ap-01026   Doc 1   Filed 08/07/19   Entered 08/07/19 16:26:22   Desc Main
Case 1:18-bk-11609   Doc 140 Filed 05/14/19 age Entered 05/14/19 14:11:08   Desc Main
                    Document   Page 16 of 19

RI SOS  Filing Number: 201872839060   Date: 7/26/2018 1:07:00 PM



**State of Rhode Island and Providence Plantations**   Fee: $50.00
**Office of the Secretary of State**

Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040

## Limited Liability Company
## Annual Report
*Filing Period: September 1 - November 1*

*In accordance with R.I.G.L. 7-16-66(d), each limited liability company failing or refusing
to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-
16-66(b&c)) is subject to a penalty fee of $25.00.*

**ANNUAL REPORT YEAR:** 2017

**1. ID No.**   000528459

**2. Exact Name of the Limited Liability Company**  Towne Auction Company LLC

**3. State of Formation**

State: DE

### ARTICLE III

Enter the six digit NAICS Code that best describes the primary business conducted by the entity. Download
the list of codes here. More information on NAICS can be found online.

531390

**4. Brief Description of the Character of the Business Which is Actually Conducted in Rhode Island**

TO CONDUCT BUSINESS OF REAL ESTATE TOGETHER WITH ANY OTHER LAWFUL
BUSINESS ACTIVITY

**5. Principal Office Address**

No. and Street:   1650 WEST BIG BEAVER ROAD
City or Town:   TROY   State: MI   Zip: 48084   Country: USA

**6. Mailing Address of Limited Liability Company and Name or Title of Contact Person:**

Contact Name:   Contact Title:
No. and Street:   1650 WEST BIG BEAVER ROAD
City or Town:   TROY   State: MI   Zip: 48084   Country: USA

7. Name and Address of Each Manager of the Limited Liability Company, if Applicable.



State of Rhode Island and Providence Plantations
**Department of State | Office of the Secretary of State**
**Nellie M. Gorbea,** *Secretary of State*

April 6, 2017

Towne Auction Company LLC
c/o CORPORATION SERVICE COMPANY
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI  02888

RE:   Entity ID #  528459
      Towne Auction Company LLC

Dear Sir or Madam:

The Division of Business Services of the Office of the Secretary of State has yet to receive your Annual Report for the year **2016**.

Pursuant to the provisions set forth in Section 7-16-41 of the General Laws of the State of Rhode Island, the Certificate of Organization/Registration of the above-named entity will be revoked after 60 days from the date of this notice for failure to file the report.

To file an Annual Report online visit www.sos.ri.gov/business.  If you do not have a CID and PIN or have forgotten your CID and/or PIN, please contact us at corp_pin@sos.ri.gov .

If you prefer to use cash or check, visit www.sos.ri.gov/business to download a form. You can mail the form to us with your payment or visit our office to file in person. Of course, we will provide a hardcopy of the Annual Report form upon request.

R.I.G.L. 7-16-6(d) states that any limited liability company failing or refusing to file its annual report for any year within thirty (30) days after the time prescribed by law is subject to a penalty fee of $25.00.  *Please file your Annual Report for the year 2016 along with payment in the amount of $75.00 that includes both the annual report filing fee and required penalty fee.*  The filing must be made with the Office of the Secretary of State, Division of Business Services, within the next sixty (60) days to ensure your authority to conduct business will remain intact.  If you have any questions, or if we can be of any assistance, please do not hesitate to call the Division of Business Services at (401) 222-3040.

Sincerely,

Nellie M. Gorbea
Secretary of State

*Division of Business Services, 148 West River Street, Providence, RI  02904*

To: Orlans PC
PO Box 540540, Waltham, ma, 02454
Re:  Account # 17-012330

From: William Freeman
         39 Side road, Little Compton, RI Re:
Dispute of Debt
      Demand of Debt validation per UCC 3 and 9, per Dodd Frank Laws and RI State Consumer and Fair     Housing Laws.

To whom it May Concern,

The debt has been disputed many times to JP Morgan Chase Bank, Na. It is not a valid debt

By sending me a foreclosure notice, you have deceived and abused me.
**Unfair acts or practices are those that disadvantage the consumer. Dodd-Frank defines an act or practice as unfair if...**
(1) It causes or is likely to cause substantial injury to consumers
(2) The injury is not reasonably avoidable by consumers; and
(3) The injury is not outweighed by countervailing benefits to consumers or to competition.
   'Substantial injury' typically means that the consumer has suffered some monetary harm (in the form of fees, charges, etc), although there can be other types of harm as well. An example of an unfair act is posting an on-time payment late or improperly and then charging late fees.


**Orlans PC has intentionally deceived and the abuse has many affects upon me.**
(1) Materially interfere with my ability to understand the terms and conditions of an 'alleged "product Chase claims it sold to me. You have taken unreasonable advantage of me in many ways.

You are not aware and probably do not work for JPMC because you would know of the many requests for debt validation and urging compliance with Dodd-Frank, and RI Laws. This has not achieved.
Ignoring Dodd Frank requests and requests made as per the National Attorney's General Agreement the State of RI entered with Chase Bank have been ignored.  (I was relying on JPMC and Morgan Lewis Bockius, to be an honest broker. They are not)

Instead, someone hired crooked attorneys who I am suing for forgery, amongst other shameful practices. There is no affirmation by any executive at JPMC or Morgan Lewis, that

This letter will serve as your legal notice under the federal Fair Debt Collection Practices Act (FDCPA), to cease all communication with me regarding the debt referenced above. **Do not contact me, or any third parties regarding this debt**.
Furthermore, I formally **dispute the validity of this debt.** Please provide me with documentation that you have personally seen and analyzed, that supports why you believe this debt belongs to me, and why you believe I owe this amount. Please send me copies of the original application for this alleged account, any JPMC executive signatures associated with this account, any bills associated with this account. Be notified that should any adverse information be placed against my credit reports; appropriate actions will be taken against you under the federal Fair Credit Reporting Act (FCRA).

If you do not own this debt, **I demand** that you immediately send a copy of this dispute **letter** to the original creditor so they are also aware that I dispute the debt. JPMC Bank, Na, is not the creditor. There are no judgements confirming the alleged balance due,

Section 1692g states the following:

Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing– (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

Currently, the "anonymous" Orlans, PC, (who does not have the courage to sign their name, cowards all) and Morgan Lewis Bockius, and JPMC (anonymous also, cowering behavior) are in violation of several significant laws.

- TITLE 19, Financial Institutions, CHAPTER 19-14.9
  Rhode Island Fair Debt Collection Practices Act
  SECTION 19-14.9-13
- Graham, Leach, Bliley-(e)Notice provisions
- The sending or delivery of any form or notice which does not relate to the collection of a debt and is expressly required by title 26, title V of Gramm-Leach-Bliley Act [15 U.S.C. 6801 et seq.], or any provision of Federal or State law relating to notice of data security breach or privacy, or any regulation prescribed under any such provision of law, shall not be treated as an initial communication in connection with debt collection for purposes of this section
- 15 U.S. Code § 1692g - Validation of debts


Given, I had sent a letter to Chase, Morgan Lewis and copied others on Nov 24, 2017, requesting Debt Validation, amongst other demands, Orlans, PC, had no legal right to any Freeman information, whatsoever.

I, William Freeman, demand that Orlans, PC return all information and documents received, I demand that a nondisclosure be signed by the CEO of Orlans, PC.

- This request is to follow.
- Another suit will be filed against Wayne George and Morgan, Lewis Bockius, JPMC, the FDIC et.al, and Orlans, PC and Harmon Law, will occur immediately.

Thank you for your attention to this matter.


<u>S/S William Freeman</u>
Sworn to as send on December 20, 2017 to the above-mentioned parties.

P.s. I am forwarding the letter sent in late November, demanding affirmations and qualified, executive signatures on all correspondence from JPMC and any third party they engage, as required by Law. This demand is also meant for Orlans, PC and Harmon Law

William Freeman          Chase, PO Box 24696, Columbus, Ohio, 43218
39 Side road